**WHITE & CASE LLP**
Samuel P. Hershey
Joshua D. Weedman
Lucas G. Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com
       jweedman@whitecase.com
       lucas.curtis@whitecase.com
       nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com
       devin.rivero@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com
       laura.baccash@whitecase.com

– and –

**ASK LLP**
Marianna Udem
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

– and –

**ASK LLP**
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: bmcgrath@askllp.com
       kcasteel@askllp.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors.[1] | (Jointly Administered) |

---

[1] The "**Post-Effective Date Debtors**" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius

1

|  |  |
|---|---|
| In re:<br><br>CELSIUS CUSTOMER PREFERENCE ACTIONS. | §<br>§<br>§<br>§    Adv. Proc. No. 24-04024 (MG)<br>§<br>§<br>§<br>§ |

**AMENDED NOTICE OF DEADLINE TO ACCEPT SETTLEMENT OFFER IN CONNECTION WITH CELSIUS CUSTOMER PREFERENCE ACTIONS**

**PLEASE TAKE NOTICE** that, on September 13, 2024, Mohsin Y. Meghji, as Litigation Administrator (the "**Litigation Administrator**") for Celsius Network LLC and its affiliated post-effective date debtors (the "**Debtors**"), filed the *Notice of Deadline to Accept Settlement Offer in Connection with Celsius Customer Preference Actions* [Docket No. 4] (the "**Original Notice**") setting a deadline of October 15, 2024 for acceptance of the Settlement Offer.[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with instructions from the Bankruptcy Court during the omnibus hearing held on October 8, 2024 (the "**October Omnibus Hearing**"), the Settlement Offer will now expire at 12:00 p.m. ET on October 29, 2024 (the "**Amended Settlement Offer Deadline**").

**PLEASE TAKE FURTHER NOTICE** that the terms of the Original Notice remain in effect and are otherwise incorporated fully herein into this notice (the "**Amended Notice**") to the extent they are not inconsistent with the Amended Notice.

**PLEASE TAKE FURTHER NOTICE** that, after the Amended Settlement Offer Deadline, the Litigation Administrator may no longer continue to offer the Settlement Offer, and

---

Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Any capitalized terms not otherwise defined herein have the definitions ascribed to them in the *Notice of Deadline to Accept Settlement Offer in Connection with Celsius Customer Preference Actions* [Docket No. 4].

2

may, in his sole discretion, set the terms on which he is willing to settle in any given Customer Preference Action.

*[Remainder of page intentionally left blank.]*

Dated: October 10, 2024
      New York, New York

By:  <u>*Samuel P. Hershey*</u>

**WHITE & CASE LLP**
Samuel P. Hershey
Joshua D. Weedman
Lucas Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  sam.hershey@whitecase.com
          jweedman@whitecase.com.
          lucas.curtis@whitecase.com
          nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  gregory.pesce@whitecase.com
          laura.baccash@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  kwofford@whitecase.com
          devin.rivero@whitecase.com

– and –

**ASK LLP**
Marianna Udem, Esq.
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email:  mudem@askllp.com

– and –

**ASK LLP**
Brigette McGrath, Esq.
Kara E. Casteel, Esq. (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email:   bmcgrath@askllp.com
            kcasteel@askllp.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtor*