# EXHIBIT A



Begin forwarded message:
From: "Kovsky-Apap, Deborah" <Deborah.Kovsky@troutman.com<mailto:Deborah.Kovsky@troutman.com>>
Date: September 12, 2023 at 4:04:52 PM CDT
To: "Koenig, Chris" <chris.koenig@kirkland.com<mailto:chris.koenig@kirkland.com>>
Subject: Celsius - calculation problem?

Chris – Please see below. I am getting lots of messages from people in the same boat. This customer had $102,566.26 in Custody and withdrawals off the platform of $165,542.98. She accepted the Custody settlement so she should have no preference

Chris –

Please see below. I am getting lots of messages from people in the same boat. This customer had $102,566.26 in Custody and withdrawals off the platform of $165,542.98. She accepted the Custody settlement so she should have no preference exposure as to the Custody piece. Yet her ballot indicates total preference exposure of $282,919.64. It's impossible to check where that number came from. Even if it's intended to be the total of what she had in Custody plus what she withdrew, the numbers don't add up. Can you clarify how the total preference exposure was calculated, and confirm that this will not hold up the distribution of the balance of her Custody assets?

Thanks,

Deb

Deborah Kovsky-Apap
Partner
troutman pepper