# EXHIBIT B

**Kovsky-Apap, Deborah**

| | |
|---|---|
| **From:** | Koenig, Chris <chris.koenig@kirkland.com> |
| **Sent:** | Sunday, September 24, 2023 5:10 PM |
| **To:** | Kovsky-Apap, Deborah |
| **Subject:** | Re: Plan comment |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Oh yes. That's in the plan now. Thank you for clarifying my confusion.

Christopher S. Koenig

-----------------------------------------------------
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2372  M +1 440 487 2207
F +1 312 862 2200
-----------------------------------------------------
chris.koenig@kirkland.com

> On Sep 24, 2023, at 4:04 PM, Kovsky-Apap, Deborah <Deborah.Kovsky@troutman.com> wrote:
>
> Chris, see the highlighted language below, which you and Aaron had agreed to. That was the clarification I was referring to in my last email.
>
> **Deborah Kovsky-Apap**
> **Partner**
> **troutman pepper**
> Direct: 212.808.2726 | Mobile: 248.910.9008
> deborah.kovsky@troutman.com
>
> ☐ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ -
>
>
> **From:** Colodny, Aaron <aaron.colodny@whitecase.com>
> **Sent:** Tuesday, September 19, 2023 8:40 PM
> **To:** Koenig, Chris <chris.koenig@kirkland.com>; Kovsky-Apap, Deborah <Deborah.Kovsky@troutman.com>
> **Cc:** Hensley, Gabriela Zamfir <gabriela.hensley@kirkland.com>
> **Subject:** RE: Plan comment
>
> Fine here
>
> **Aaron Colodny**  |  Partner
> **T**  +1 213 620 7706    **M**  +1 412 860 5095
> **Short Dial *** 8 014 7706

**From:** Koenig, Chris <chris.koenig@kirkland.com>
**Sent:** Tuesday, September 19, 2023 5:39 PM
**To:** Kovsky-Apap, Deborah <Deborah.Kovsky@troutman.com>
**Cc:** Colodny, Aaron <aaron.colodny@whitecase.com>; Hensley, Gabriela Zamfir <gabriela.hensley@kirkland.com>
**Subject:** Re: Plan comment

That's fine. We will add to the amended plan assuming no objection from Aaron.

Are you sending language on the Plan admin point you raised?

Christopher S. Koenig
-----------------------------------------------------
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2372  M +1 440 487 2207
F +1 312 862 2200
-----------------------------------------------------
chris.koenig@kirkland.com

> On Sep 19, 2023, at 7:04 PM, Kovsky-Apap, Deborah <Deborah.Kovsky@troutman.com> wrote:
>
>
> Chris, Aaron,
>
> In addition to the comments I discussed with Chris yesterday, my clients had one more requested clarification for the plan: at the end of the definition of "Withdrawal Preference Exposure," adding "For the avoidance of doubt, the Debtors' calculation of Withdrawal Preference Exposure shall not be binding on any defendant in an Avoidance Action."
>
> Please let me know if this is acceptable.
>
> Thanks,
>
> Deb
>
> **Deborah Kovsky-Apap**
> **Partner**
> Direct: 212.808.2726 | Internal: 809-2726 | Mobile: 248.910.9008
> deborah.kovsky@troutman.com
> _____
>
> **troutman pepper**
> 875 Third Avenue
> New York, NY 10022
>
> -and-
>
> Suite 1800, 4000 Town Center
> Southfield, MI 48075-1505
> troutman.com
> _____

2

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

▢· · · · · · · · · · · · · · · · · · · · · · · · · · · ·▢

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

==========================================================================
This communication may be privileged and confidential and is intended only for the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this e-mail or by telephone at (213) 620-7700, and then delete the e-mail and any copies of it.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==========================================================================

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.