# EXHIBIT C

On Mon, 10 Mar 2025 at 17:03, Celsius Litigation Admin <support@celsiuslitigationadmin.zendesk.com> wrote:

> Hello Redact
>
> We have received your message, thank you for your patience as we respond to thousands of creditor inquiries. Your distribution is currently being held back due to unresolved Withdrawal Preference Exposure (WPE). If you are interested in settling your WPE in advance of further litigation, please let us know and we will revert back with a settlement offer.
>
> Otherwise please refer to the litigation schedule, which can be found at the link here: https://cases.stretto.com/public/x191/11749/PLEADINGS/1174911072480000000081.pdf
>
> Celsius Litigation Admin



**This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-202-2200 and delete the message.**