# EXHIBIT D

**< Cases**



# Celsius Network LLC, et al.

Case Number: 22-10964 (MG)

Southern District of New York

➡ Click here for INSTRUCTIONS FOR COMPLETING THIS ACCOUNT HOLDER BALLOT

| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br><br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900 | Patrick J. Nash, Jr., P.C. (admitted pro hac vice)<br>Ross M. Kwasteniet, P.C. (admitted pro hac vice)<br>Christopher S. Koenig<br>Dan Latona (admitted pro hac vice)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200 |

Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**BALLOT FOR VOTING TO ACCEPT OR REJECT THE JOINT**
**PLAN OF REORGANIZATION OF CELSIUS NETWORK LLC AND ITS DEBTOR AFFILIATES**

HOLDERS OF CLAIMS IN CLASSES:
Class 2 Retail Borrower Deposit Claims
Class 4 Convenience Claims

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies    **Ok**    **Legal Policies**

> **PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING THIS ACCOUNT HOLDER BALLOT CAREFULLY** *BEFORE* **COMPLETING THIS ACCOUNT HOLDER BALLOT.**
>
> **PLEASE BE SURE TO LEAVE SUFFICIENT TIME TO CAREFULLY READ AND COMPLETE THIS ACCOUNT HOLDER BALLOT.**
>
> **THIS ACCOUNT HOLDER BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO AS TO BE** *ACTUALLY RECEIVED* **BY THE CLAIMS, NOTICING, AND SOLICITATION AGENT BY SEPTEMBER 22, 2023, AT 4:00 P.M., PREVAILING EASTERN TIME (THE "<u>VOTING DEADLINE</u>").**

> **PLEASE READ – YOUR RESPONSE IS REQUIRED <u>BY SEPTEMBER 22, 2023, AT 4:00 P.M., PREVAILING EASTERN TIME</u>**
>
> - You are receiving this account holder ballot (this "<u>Account Holder Ballot</u>") because you are an Account Holder of above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), who filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").
>
> - The Debtors are seeking Bankruptcy Court approval for a chapter 11 plan filed as part of their bankruptcy proceedings.
>
> - Under the Plan, unless you take <u>additional action</u> as described in this Account Holder Ballot, and <u>affirmatively opt out</u>, you will be deemed to release claims you may have against the Debtors' officers and directors (excluding certain members of the Debtors' former management team as further described in the Plan and Disclosure Statement), and certain creditors and other third parties.
>
> - You have the right to opt out and avoid releasing any claims, against these third parties. To do so, you must check the opt out box on page fifteen of this Account Holder Ballot and return this Account Holder Ballot to the Claims, Noticing, and Solicitation Agent by the Voting Deadline. The applicable definitions of Released Parties and Releasing Parties are also attached to this Account Holder Ballot for your convenience of review. These defined terms control the scope of the release provisions.
>
> - If you vote to accept the Plan in <u>Item 9</u> of this Account Holder Ballot, you will be bound by the releases set forth in the Plan. If you vote to accept the Plan in <u>Item 9</u> of this Account Holder Ballot AND you also elect to opt out of the Third-Party Releases set forth in <u>Item 10</u> of this Account Holder Ballot, your vote to accept the Plan shall control and you shall be deemed a "Releasing Party" under the Plan.

The Debtors are soliciting votes to accept or reject the *Joint Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (as amended, supplemented, or otherwise modified from time to time, the "<u>Plan</u>"), attached as <u>Exhibit A</u> to the *Disclosure Statement for the Joint Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (as may be amended, modified, or supplemented from time to time and including all exhibits or supplements thereto, the "<u>Disclosure Statement</u>")[2]. The Disclosure Statement provides you with information to make an informed decision as to whether you will vote to accept or reject the Plan. Votes are being solicited from Holders of Retail Borrower Deposit Claims, Convenience Claims, General Earn Claims, General Custody Claims, Withhold Claims, Unsecured Loan Claims, General Unsecured Claims, State Regulatory Claims, and Series B Preferred Interests (each, a "<u>Voting Class</u>" and collectively, the "<u>Voting Classes</u>").

You are receiving this Account Holder Ballot because you are the Holder of a Retail Borrower Deposit Claim, Convenience Claim, General Earn Claim, General Custody Claim, and/or Withhold Claim (each an "<u>Account Holder Claim</u>" and collectively, the "<u>Account Holder Claims</u>") as of **<u>July 24, 2023</u>** (the "<u>Voting Record Date</u>"). **For a detailed discussion of the treatment of Account Holder Claims under the Plan, please read the Disclosure Statement**.

<u>**IMPORTANT NOTE REGARDING THE CLASS CLAIM SETTLEMENT**</u>

As part of these Chapter 11 Cases, the Committee filed a class proof of claim against each Debtor on behalf of all Account Holders. The Debtors and the Committee have settled that class claim, and the Bankruptcy Court entered the *Order (I) Approving the Settlement By And Among The Debtors And The Committee With Respect To The Committee Class Claim and (II) Granting Related Relief* [Docket No. 3288] on August 14, 2023 (the "Class Claim Settlement Order"). The settlement agreement between the Debtors and the Committee is attached as Exhibit 1 to the Class Claim Settlement Order and is described in the *Notice of Class Claim Settlement and Opportunity to Opt Out of Class Claim Settlement* (the "<u>Notice of Claims Settlement</u>"), which is contained in the Solicitation Package that you received with this Account Holder Ballot, and described in <u>Article III.MMM</u> of the Disclosure Statement. All eligible Account Holders who do not opt out of the Class Claim Settlement on this Account Holder Ballot will receive 105% of the amount of their Account Holder Claims (other than Custody Claims) listed on the Schedules. Account Holders who participate in the Class Claim Settlement will no longer be entitled to (i) seek recovery of the amounts set forth on their Filed Proof of Claim, if any, which Proof of Claim will be superseded, expunged, and extinguished; (ii) prosecute any allegations against the Debtors set forth in any such Proof of Claim or the Class Claim;

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies    Ok    Legal Policies

As part of the Class Claim Settlement, eligible Account Holders (other than Account Holders who only hold Custody Claims) are bound by the Class Claim Settlement unless they opt out of the Class Claim Settlement by checking the box to opt out contained in **Item 8** of this Account Holder Ballot (the "**Class Claim Settlement Opt-Out**"). For the avoidance of any doubt, Account Holders who do **NOT** check the box in **Item 8** of this Account Holder Ballot are bound by the Class Claim Settlement regardless of whether they vote to accept or reject the Plan or abstain from voting on the Plan. Account Holders who elect to opt-out of the Class Claim Settlement may vote in favor of the Plan and opt out of the Class Claim Settlement; provided that Holders of Account Holder Claims that vote in favor of the Plan shall be bound by the releases set forth in the Plan and shall only retain their rights with respect to their Filed Proof of Claim. F**or a detailed description of the implications of the Class Claim Settlement, please carefully read the Notice of Claims Settlement and Article III.MMM of the Disclosure Statement before deciding whether to make the Class Claim Settlement Opt-Out.**

## ACCOUNT HOLDER BALLOT

**Please review the detailed instructions regarding how to complete and submit this Account Holder Ballot attached hereto as Annex A (the "Account Holder Ballot Instructions")**. Once completed and returned in accordance with the attached Account Holder Ballot Instructions, your vote on the Plan will be counted in each of the Voting Classes in which you hold Claims. A Voting Class will accept the Plan if Holders of at least two-thirds in amount and more than one-half in number of Claims that submit votes in that Voting Class vote to accept the Plan. The Bankruptcy Court may confirm the Plan if the Plan otherwise satisfies the requirements of section 1129 of the Bankruptcy Code. After confirmation, the Plan will be binding on all Holders of Claims, among others.

**TO HAVE YOUR VOTE COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN, YOU MUST COMPLETE AND RETURN THIS ACCOUNT HOLDER BALLOT VIA THE ONLINE VOTING PORTAL SO THAT THE CLAIMS, NOTICING, AND SOLICITATION AGENT ACTUALLY RECEIVES IT ON OR BEFORE THE VOTING DEADLINE OF SEPTEMBER 22, 2023, AT 4:00 P.M., PREVAILING EASTERN TIME.**

To vote, you MUST: (a) fully complete this Account Holder Ballot; (b) clearly indicate your decision to accept or reject the Plan in **Item 9** of this Account Holder Ballot; and (c) sign, date, and return this Account Holder Ballot via the Claims, Noticing, and Solicitation Agent's online voting portal or by mail as described more fully below.

To submit your Account Holder Ballot via the online voting portal, please visit https://case.stretto.com/Celsius/balloting and follow the instructions to submit your Account Holder Ballot.

To submit your Account Holder Ballot via mail, please send to:

Celsius Ballot Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

You should review the Disclosure Statement, the Plan, and the Account Holder Ballot Instructions contained herein before you vote to accept or reject the Plan. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Account Holder Claim(s). Your Account Holder Claim(s) have been placed in Class(es) 2, 4, 5, 6A, and/ or 7 under the Plan. If you hold Claims or Interests in Voting Classes other than Classes 2, 4, 5, 6A, and/or 7 you will receive multiple ballots. Each ballot must be completed and returned by the Voting Deadline for the votes on the respective ballots to be counted.

As further described in the Committee Letter, the Committee recommends that you vote to accept the Plan, do ***not*** opt out of the Class Claim Settlement, and contribute your third-party claims.

The rights and treatment for each Class are described in the Disclosure Statement, which is included in the package (the "Solicitation Package") you are receiving with this Account Holder Ballot. If you desire paper copies of the Solicitation Package materials, or if you need to obtain additional Solicitation Packages, you may obtain them by:(a) calling the Claims, Noticing, and Solicitation Agent at (855) 423-1530 (Toll-Free) or +1 (949) 669-587 (International); (b) e-mailing the Claims, Noticing, and Solicitation Agent at CelsiusInquiries@Stretto.com with a reference to "In re: Celsius - Solicitation Inquiry" in the subject line; or (c) writing to the Claims, Noticing, and Solicitation Agent at Celsius Inquiries, c/o Stretto 410 Exchange, Suite 100 Irvine, CA 92602. You may also obtain copies of any pleadings filed with the Bankruptcy Court for free by visiting the Debtors' restructuring website, https://cases.stretto.com/Celsius/, or for a fee via PACER at: http://pacer.psc.uscourts.gov.

This Account Holder Ballot may not be used for any purpose other than for casting votes to accept or reject the Plan, making certain elections contained herein, and making certifications with respect to the Plan. If you believe you have received this Account Holder Ballot in error, please contact the Claims, Noticing, and Solicitation Agent ***immediately*** at the address, telephone number, or email address set forth above.

If the Bankruptcy Court confirms the Plan, the terms of the Plan will bind all Holders of Claims and Interests, including you, regardless of whether you vote to accept or reject the Plan.

To have your vote count as either an acceptance or rejection of the Plan, you must complete and return this Account Holder Ballot so that the Claims, Noticing, and Solicitation Agent ***actually receives*** it on or before the Voting Deadline.

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies    Ok    Legal Policies

**Our records reflect that you are eligible to make the following elections:**

Item 5 - Convenience Claim Election;

Item 6 - Weighted Distribution Election;

Item 8 - Class Claim Settlement Opt-Out;

Item 9 - Vote on Plan

Item 10 - Third Party Release

Item 11 - Contributed Claims

**If you decide to make any of the elections contained in this Account Holders Ballot, your election will apply to all of your Account Holders Claims entitled to such election; provided, however, if you decided to make the Class Claim Settlement Opt-Out, such election will not apply to any Custody Claim you hold.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Plan or Disclosure Statement, as applicable.

Continue

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies    Ok    Legal Policies

**< Cases**



## Celsius Network LLC, et al.

Case Number: 22-10964 (MG)

Southern District of New York

➔ Click here for INSTRUCTIONS FOR COMPLETING THIS ACCOUNT HOLDER BALLOT

**Item 1**. Amount of Allowed Account Holder Claims.

**For purposes of voting to accept or reject the Plan, Allowed Account Holder Claims will be valued and tabulated using the amounts set forth in the Debtors' Schedules**. Solely to the extent that you filed a Proof of Claim and wish to vote your Account Holder Claims in amounts other than those Scheduled by the Debtors, you must file a motion under Bankruptcy Rule 3018 for that purpose, as set forth in the Solicitation and Voting Procedures. For the avoidance of doubt, the amount of your Account Holder Claims as listed in this Item 1 reflects the Scheduled amount of your Account Holder Claims in U.S. dollars based on the price of the relevant cryptocurrency as of the Petition Date as set forth on the Cryptocurrency Conversion Table (attached as Exhibit L to the Disclosure Statement).

The undersigned hereby certifies that, as of the Voting Record Date, the undersigned was the Holder of Account Holder Claims in the Voting Classes as set forth below (your "Claims") and understands that the undersigned is eligible to make the elections as set forth below (your "Elections").

| | | |
|---|---|---|
| **Cryptocurrency** Bitcoin (BTC) | **Earn**: 0.000076606527210902 | |
| **Withhold**: 0 | **Custody**: 0.000000008784702743 | |
| **Cryptocurrency** CEL | **Earn**: 58995.2227641245 | |
| **Withhold**: 0 | **Custody**: 0 | |
| **Cryptocurrency** Compound (COMP) | **Earn**: 107.076190662061 | |
| **Withhold**: 0 | **Custody**: 0 | |
| **Cryptocurrency** Eos (EOS) | **Earn**: 4022.25571622252 | |
| **Withhold**: 0 | **Custody**: 0 | |
| **Cryptocurrency** Ethereum (ETH) | **Earn**: 0.754397584917812 | |
| **Withhold**: 0 | **Custody**: 0 | |
| **Cryptocurrency** ChainLink | **Earn**: 350.093834319058 | |

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies    [Ok]    [Legal Policies]

**Cryptocurrency**: SGB  **Earn**: 1466.39441928126
**Withhold**: 0  **Custody**: 0

**Cryptocurrency**: Uniswap (UNI)  **Earn**: 6263.38278036725
**Withhold**: 0  **Custody**: 0

**Cryptocurrency**: USDCoin (USDC)  **Earn**: 1.32449293188662
**Withhold**: 0  **Custody**: 24182.3446052811

**Cryptocurrency**: StellarLumens (XLM)  **Earn**: 33012.4517759488
**Withhold**: 0  **Custody**: 0

**Cryptocurrency**: Ripple (XRP)  **Earn**: 9592.25671372225
**Withhold**: 0  **Custody**: 0

| Voting Class | Description | Claim Amount[3] | Applicable Election Eligibility |
|---|---|---|---|
| Class 2 | Retail Borrower Deposit Claims | Retail Borrower Deposit Claim Based On Balance of Cryptocurrency Supporting Loan: $3224013.24<br><br>Retail Advance Obligation: (*i.e.* your outstanding loan amount): $1200000<br><br>Retail Borrower Post-Set Off Claim:[4] $2024013.24 | Item 5 - Convenience Claim Election;<br>Item 6 - Weighted Distribution Election;<br>Item 8 - Class Claim Settlement Opt-Out;<br>Item 9 - Vote on Plan<br>Item 10 - Third Party Release<br>Item 11 - Contributed Claims |
| Class 4 | Convenience Claims | Earn Claims: $0.00<br><br>Withhold Claims: $0.00<br><br>Retail Borrower Post-Set Off Claim: $0.00<br><br>Total Convenience Claims: $0.00 | |
| Class 5 | General Earn Claims | $70735.32 | Item 5 - Convenience Claim Election;<br>Item 6 - Weighted Distribution Election;<br>Item 8 - Class Claim Settlement Opt-Out;<br>Item 9 - Vote on Plan<br>Item 10 - Third Party Release<br>Item 11 - Contributed Claims |
| Class 6A | General Custody Claims | $24182.34 | Item 9 - Vote on Plan<br>Item 10 - Third Party Release<br>Item 11 - Contributed Claims |

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies   Ok   Legal Policies

| Withdrawal Preference Exposure | Amount |
| --- | --- |
| Yes | $4760461.98 |

Subject to the terms and conditions of <u>Article III.B</u> of the Plan, you will receive the treatment for your Account Holder Claims identified in the applicable items below. **For additional discussion of the treatment and rights for Account Holder Claims under the Plan, please read the Disclosure Statement and the Plan**.

[3] Calculated in U.S. Dollars as of the Petition Date utilizing the conversion rates provided in the Cryptocurrency Conversion Table; provided, however, CEL Token shall be valued as provided in Article IV.B.2 of the Plan.

[4] This amount is the remaining Claim after your Retail Advance Obligation is subtracted from your Retail Borrower Deposit Claim.

Previous    Next

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies.    Ok    Legal Policies

**< Cases**



### Celsius Network LLC, et al.

Case Number: 22-10964 (MG)

Southern District of New York

➔ Click here for INSTRUCTIONS FOR COMPLETING THIS ACCOUNT HOLDER BALLOT

**Item 2**. Guide for Filling Out this Account Holder Ballot.

**All Account Holders**: The bullets below list the Items where Account Holders with Claims in each particular Class should make elections. All Holders of Account Holder Claims should review and consider whether to make the elections in this Account Holder Ballot relevant to the Classes in which they hold Claims. Each election is described in greater detail in the Account Holder Ballot Instructions, which is attached to this Account Holder Ballot as **Annex A**. All Holders of Account Holder Claims should review the Account Holder Ballot Instructions to understand the contents of this Account Holder Ballot. All

Account Holders should determine whether to opt out of the Class Claim Settlement in **Item 8** and vote to accept or reject the Plan in **Item 9** of this Account Holder Ballot. Regardless of whether you make the election in **Item 8** you should vote to accept or reject the Plan in **Item 9** of this Account Holder Ballot.

- **Holder of Class 2 Retail Borrower Deposit Claims**: All Holders of Class 2 Retail Borrower Deposit Claims should review **Item 3** and **Item 8** of this Account Holder Ballot, and vote to accept or reject the Plan in **Item 9** of this Account Holder Ballot.

- **Holders of Class 4 Convenience Claims**: All Holders of Class 4 Convenience Claims should review **Item 4** and **Item 8** of this Account Holder Ballot, and vote to accept or reject the Plan in **Item 9** of this Account Holder Ballot.

- **Holders of Class 5 General Earn Claims**: All Holders of Class 5 General Earn Claims should review and carefully consider whether to complete the elections in **Item 5**, **Item 6**, and/or **Item 8** of this Account Holder Ballot. If you do **not** complete **either Item 5** or **Item 6** you should vote to accept or reject the Plan in **Item 9** of this Account Holder Ballot.

- **Holders of Class 6A General Custody Claims**: All Holders of Class 6A General Custody Claims, as listed in the chart in **Item 1**, that have **not** already accepted the Custody Settlement should review **Item 7** and then vote to accept or reject the Plan in **Item 9** of this Account Holder Ballot.

- **Holders of Class 7 Withhold Claims**: All Holders of Class 7 Withhold Claims, as listed in the chart in **Item 1**, should review and carefully consider whether to complete the election in **Item 6** of this Account Holder Ballot. If you do **not** complete the election in **Item 6**, you should vote to accept or reject the Plan in **Item 9** of this Account Holder Ballot.

If you make **any** of the elections contained in **Item 5** or **Item 6** of this Account Holder Ballot,
**your vote will automatically be counted as a vote to accept the plan**.

Previous    Next

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies    Ok    Legal Policies

**< Cases**



## Celsius Network LLC, et al.

Case Number: 22-10964 (MG)

Southern District of New York

➔ Click here for INSTRUCTIONS FOR COMPLETING THIS ACCOUNT HOLDER BALLOT

**Item 3.** **Treatment of Retail Borrower Deposit Claims**

A "Retail Borrower Deposit Claim" means a Retail Borrower's Claim against the Debtors on account of the Cryptocurrency such Retail Borrower transferred in connection with its Retail Advance Obligation(s).

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies    Ok    Legal Policies

| Voting Class | Description | Treatment |
|---|---|---|
| Class 2 | Retail Borrower Deposit Claims | Pursuant to Article III.B.2 of the Plan, each Holder of a Retail Borrower Deposit Claim shall receive.<br><br>(i) **Repayment Election**: If the Retail Borrower, (i) makes the Retail Advance Obligation Repayment Election and (ii) actually repays all or a portion of its Retail Advance Obligations in accordance with the Retail Advance Obligation Repayment Instructions[5] by the Retail Advance Obligation Repayment Deadline, such Retail Borrower shall receive an amount of BTC or ETH (at the Retail Borrower's election) equal to the Retail Advance Obligation Repayment Amount;<br><br>or<br><br>**Setoff Treatment**: If the Retail Borrower (1) does not make the Retail Advance Obligation Repayment Election or (2) fails to repay all or a portion of its Retail Advance Obligations in accordance with the Retail Advance Obligation Repayment Instructions by the Retail Advance Obligation Repayment Deadline, such Retail Borrower shall receive the Set Off Treatment on account of any Retail Advance Obligations it has not repaid in accordance with (i) above;<br><br>*plus*<br><br>(ii) On account of the Retail Borrower Post-Set Off Claim, if any, subject to a redistribution of consideration to accommodate Unsecured Claim Distribution Mix Elections, its Pro Rata amount of the Unsecured Claim Distribution Consideration (i.e., Liquid Cryptocurrency, Litigation Proceeds, and NewCo Common Stock). Any Liquid Cryptocurrency Weighted Distribution Election on account of a Retail Borrower Post-Set Off Claim shall be given priority over all other such elections.<br><br>In the event that the Debtors pursue the Orderly Wind Down, each Holder of an Allowed Retail Borrower Post-Set Off Claim shall receive its Pro Rata share of (a) the Liquid Cryptocurrency Distribution Amount, (b) the Backup MiningCo Common Stock, (c) Litigation Proceeds, and (d) the Illiquid Recovery Rights, without regard to Unsecured Claim Distribution Mix Elections. |

[5] To the extent the Plan is confirmed, the Retail Advance Obligation Repayment Instructions will be emailed to all Retail Borrowers at least thirty (30) calendar days prior to the anticipated Effective Date, which instruction shall specify the Retail Advance Obligation Payment Deadline.

Previous    Next

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies    Ok    Legal Policies

**< Cases**



## Celsius Network LLC, et al.

Case Number: 22-10964 (MG)

Southern District of New York

➜ Click here for INSTRUCTIONS FOR COMPLETING THIS ACCOUNT HOLDER BALLOT

**Item 4. Treatment of Convenience Claims.**

A "Convenience Claim" means any aggregate Account Holder Claim (excluding Custody Claims and Retail Borrower Deposit Claims but including Retail Borrower Post Set-Off Claims) valued greater than the *De Minimis* Claim Threshold ($10.00) but less than or equal to the Convenience Claim Threshold ($5,000).

| Voting Class | Description | Treatment |
| --- | --- | --- |
| Class 4 | Convenience Claims | Pursuant to Article III.B.4 of the Plan, each Holder of an Allowed Convenience Claim shall receive Liquid Cryptocurrency in an amount that provides a 70% recovery (calculated in accordance with the Distribution Cryptocurrency Conversion Table) on account of such Convenience Claim. |

[ Previous ]   [ Next ]

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies.   [ Ok ]   [ Legal Policies ]

**< Cases**



## Celsius Network LLC, et al.

Case Number: 22-10964 (MG)

Southern District of New York

➡ **Click here for INSTRUCTIONS FOR COMPLETING THIS ACCOUNT HOLDER BALLOT**

**Item 5**. Optional Convenience Claim Election for Class 2 Retail Borrower Post-Set Off Claims, Class 5 General Earn Claims and Class 7 Withhold Claims.

Account Holders whose Claims (excluding Custody Claims and Retail Borrower Deposit Claims but including Retail Borrower Post-Set Off Claims) total more than $5,000 may irrevocably elect to have their Claims reduced to $5,000 and receive the treatment for Class 4 as Convenience Claims. By opting to receive Convenience Class treatment for your Claims (i.e., choosing the Convenience Claim Election), the **aggregate** amount of your Account Holder Claims (excluding Custody Claims) will be irrevocably reduced to $5,000. Please review the below chart to understand the difference in the treatment for Class 4 Convenience Claims compared to your applicable Claims.

| Voting Class | Description | Treatment |
|---|---|---|
| Class 4 | Convenience Claims | Pursuant to Article III.B.4 of the Plan, each Holder of an Allowed Convenience Claim shall receive Liquid Cryptocurrency in an amount that provides a 70% recovery (calculated in accordance with the Distribution Cryptocurrency Conversion Table) on account of such Convenience Claim. |
| Class 5 | General Earn Claims | Pursuant to Article III.B.5 of the Plan, subject to a redistribution of consideration to accommodate Unsecured Claim Distribution Mix Elections, each Holder of an Allowed General Earn Claim shall receive its Pro Rata share of the Unsecured Claim Distribution Consideration (i.e., Liquid Cryptocurrency, Litigation Proceeds, and NewCo Common Stock). In the event that the Debtors pursue the Orderly Wind Down, each Holder of an Allowed General Earn Claim shall receive its Pro Rata share of (a) the Liquid Cryptocurrency Distribution Amount, (b) the Backup MiningCo Common Stock, (c) Litigation Proceeds, and (d) the Illiquid Recovery Rights, without regard to Unsecured Claim Distribution Mix Elections. |

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies    **Ok**    **Legal Policies**

| Voting Class | Description | Treatment |
|---|---|---|
| Class 7 | Withhold Claims | Pursuant to Article III.B.7 of the Plan:<br><br>(i) Each Holder of an Allowed Withhold Claim that is not an Equitably Subordinated Claim shall receive the following treatment, as applicable:<br><br>   a. **Treatment A**: If Class 7 votes to accept the Plan described herein, each such Holder of an Allowed Withhold Claim shall receive (a) a distribution of Cryptocurrency equal to 15% of the value of such Holder's Withhold Distribution Claim, calculated in accordance with the Conversion Procedure (as defined and described in the Disclosure Statement), and (b) the remaining 85% of the value of such Holder's Allowed Withhold Distribution Claim shall be satisfied with a Pro Rata share of the Unsecured Claim Distribution Consideration (i.e., Liquid Cryptocurrency, Litigation Proceeds, and NewCo Common Stock).<br><br>   b. **Treatment B**: If Class 7 does not vote to accept the Plan described herein, each such Holder of an Allowed Withhold Claim shall be satisfied with a Pro Rata share of the Unsecured Claim Distribution Consideration (i.e., Liquid Cryptocurrency, Litigation Proceeds, and NewCo Common Stock).<br><br>In the event that the Debtors pursue the Orderly Wind Down, the above Treatment A and Treatment B shall remain, but the Unsecured Claim Distribution Consideration shall consist of (a) the Liquid Cryptocurrency Distribution Amount, (b) the Backup MiningCo Common Stock, (c) Litigation Proceeds, and (d) the Illiquid Recovery Rights, without regard to Unsecured Claim Distribution Mix Elections.<br><br>(ii) For the avoidance of doubt, any former Holder of an Allowed Withhold Claim that participated in the Withhold Settlement no longer has a Withhold Claim and has an Earn Claim in accordance with the terms of the Withhold Settlement. |

Holders of Retail Borrower Post-Sett Off Claims, Class 5 General Earn Claims or Class 7 Withhold Claims that would like to **make** the Convenience Claim Election and receive the Convenience Claim Treatment, should check the box below. Checking the box below constitutes a vote to *accept* the Plan. For the avoidance of doubt, ***you must vote to accept the Plan on account of all your Claims (other than any Class 6A General Custody Claims that have not accepted the Custody Settlement) to make the Convenience Claim Election***.

The undersigned, a Holder of a Retail Borrower Post-Set Off Claim, Class 5 General Earn Claim and/or Class 7 Withhold Claim, as applicable, against the Debtors as set forth in the chart in **Item 1**, elects as follows:

> **Accepts the Convenience Claim Election** and the reduction of their Class 5 General Earn Claims, Class 7 Withhold Claims, and Retail Borrower Post-Set Off Claim (if any) to the Convenience Claim Threshold of $5,000 and hereby votes all their Claims (other than any Class 6A General Custody Claims that have not accepted the Custody Settlement) in favor of the Plan and to receive the Convenience Claim Treatment on this reduced Claim amount.

In the event of any inconsistent elections on this Account Holder Ballot, a valid acceptance of the Convenience Claim Election will control and your Account Holder Ballot will be deemed to vote to accept the Plan.

[ Previous ]   [ Next ]

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies   [ Ok ]   [ Legal Policies ]

**< Cases**



## Celsius Network LLC, et al.

Case Number: 22-10964 (MG)

Southern District of New York

➡ Click here for INSTRUCTIONS FOR COMPLETING THIS ACCOUNT HOLDER BALLOT

**Item 6.** Optional Election for Holders of Class 2 Retail Borrower Deposit Claims (on behalf of such Holder's Retail Borrower Post-Set Off Claim), Class 5 General Earn Claims, and Class 7 Withhold Claims Regarding the Form of Their Distribution.

Pursuant to Article III.B.2, Article III.B.5, and Article III.B.7 of the Plan, a Holder of a General Earn Claim or any other Claim on account of which the Holder will receive the Unsecured Claim Distribution Consideration may express a preference to receive a greater share of NewCo Common Stock in lieu of some or all of the Holder's Pro Rata share of the Liquid Cryptocurrency Distribution Amount. This election is referred to as the "NewCo Common Stock Weighted Distribution Election." Whether the Debtors may honor any NewCo Common Stock Weighted Distribution Election depends on the elections made by all Account Holders. Importantly, if a Holder's NewCo Common Stock Weighted Distribution Election is honored, such Holder will receive incremental NewCo Common Stock at a 30% premium as compared to the Liquid Cryptocurrency Distribution Amount the Holder forfeits. The Liquid Cryptocurrency Distribution Amount forfeited, and therefore the amount of additional NewCo Common Stock received, will depend on the elections made by Account Holders in the Aggregate.

Conversely, any such Holder may express a preference to receive a greater share of the Liquid Cryptocurrency Distribution Amount in lieu of some or all of such Holder's Pro Rata share of NewCo Common Stock. This election is referred to as the "Liquid Cryptocurrency Weighted Distribution Election." Whether the Debtors may honor any Liquid Cryptocurrency Weighted Distribution Election depends on the elections made by all Account Holders. Importantly, if a Holder's Liquid Cryptocurrency Weighted Distribution Election is honored, such Holder will forfeit all or a portion of the Holder's NewCo Common Stock distribution at a 30% discount to the NewCo Common Stock it is forfeiting. The amount of NewCo Common Stock forfeited, and therefore the amount of Liquid Cryptocurrency received, will depend on the elections made by Account Holders in the aggregate.

Please also note that any Liquid Cryptocurrency Weighted Distribution Election on account of a Retail Borrower Post-Set Off Claim will be given priority over the Liquid Cryptocurrency Weighted Distribution Elections made by other eligible Holders of Claims.

For illustrative purposes only, a side-by-side example comparing three different treatment outcomes for a Holder of a General Earn Claim[6] in the amount of $10,000 based on a 67.0% recovery is shown below:

|  | No Election (Default) | NewCo Common Stock Weighted Distribution Election[7] | Liquid Cryptocurrency Weighted Distribution Election[8] |
|---|---|---|---|
| Liquid Cryptocurrency | $3,748 | $1,874 | $4,782 |
| NewCo Common Stock | $2,954 | $5,390 | $1,477 |

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies.    **Ok**    **Legal Policies**

|  | **No Election (Default)** | **NewCo Common Stock Weighted Distribution Election[7]** | **Liquid Cryptocurrency Weighted Distribution Election[8]** |
|---|---|---|---|
| Total Recovery: | $6,702 | $7,264 | $6,259 |
| % of Recovery Change: | N/A | Increase of ~8% | Decrease of ~7% |

Holders of Class 2 Retail Borrower Deposit Claims (on behalf of such Holder's Retail Borrower Post-Set Off Claim), Class 5 General Earn Claims, and Class 7 Withhold Claims that would like to make either the NewCo Common Stock Weighted Distribution Election or the Liquid Cryptocurrency Weighted Distribution Election should check the applicable box below (**please only check one box, if any**). If you accept either election, **your Ballot will automatically be counted as a vote to accept the plan**.

Please note that if you prefer not to make either election, you do not need to check either box in this **Item 6**.

The undersigned, a Holder of a Class 2 Retail Borrower Post-Set Off Claim, Class 5 General Earn Claim, and/or Class 7 Withhold Claim against the Debtors as set forth in the chart in **Item 1**, elects as follows:

> **Accepts the NewCo Common Stock Weighted Distribution Election** and agrees to receive a greater share of the NewCo Common Stock in lieu of **some or all** of such Holder's Pro Rata share of the Liquid Cryptocurrency Distribution Amount and hereby votes all their Claims (other than any Class 6A General Custody Claims that have not accepted the Custody Settlement) to accept the Plan;
>
> - OR -
>
> **Accepts the Liquid Cryptocurrency Weighted Distribution Election** and agrees to receive a greater share of the Liquid Cryptocurrency Distribution Amount in lieu of **some or all** of such Holder's Pro Rata share of the NewCo Common Stock and hereby votes all their Claims (other than any Class 6A General Custody Claims that have not accepted the Custody Settlement) to accept the Plan.

[6] For purposes of this example, the Holder does not have any other Claims.

[7] Assumes that your Liquid Cryptocurrency Distribution Amount is reduced by 50% in exchange for a greater distribution of NewCo Common Stock.

[8] Assumes the value of the NewCo Common Stock you would have received is reduced by a total of 50% in exchange for a greater distribution of Liquid Cryptocurrency.

Previous    Next

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies    Ok    Legal Policies

< Cases



### Celsius Network LLC, et al.

Case Number: 22-10964 (MG)

Southern District of New York

➔ Click here for INSTRUCTIONS FOR COMPLETING THIS ACCOUNT HOLDER BALLOT

## Form Submitted

Thank you for submitting your ballot. Your reference number is: "CELB-43405"

Return to Celsius Case Information Website

Stretto uses cookies to ensure a good web experience. For more information, please read our legal policies    **Ok**    **Legal Policies**